# ARRAIGNMENT MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
Albuquerque - Pecos Courtroom

| CR 13-64 MCA | UNITED STATES vs. CONNORS |
|---|---|

**Before The Honorable Lorenzo F. Garcia, United States Magistrate Judge**

| Hearing Date: | January 11, 2013 | Librety-Pecos @ | **9:44 am - 9:50am** |
|---|---|---|---|
| AUSA: | Shana Long | Clerk: | K. Dapson |
| Deft's Name: | Terrance Connors | Defense Counsel: | John Samore |
|  |  | Interpreter: |  | Sworn |

| | |
|---|---|
| X | Extent of education/schooling |
| X | Deft questioned re physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. |
| X | Deft received a copy of the Indictment |
| X | Deft questioned re time to consult with attorney regarding the penalties |
| X | Does defendant want Indictment read in open court |
| X | Does defendant waive reading of Indictment |
| X | Is defendant ready to plead |
| X | **Defendant enters plea of NOT GUILTY to all counts** |
| X | Matter referred to USDC |
| X | **Meet and Confer by 2/ 4/13** |
| X | **Motions due by 2/12/13** |
| X | **Case assigned to: ARMIJO** |
| X | Trial set on trailing docket: TO BE NOTIFIED |
| X | Defendant remanded to custody of USMS     Bond set at/Released |
|  | Penalty for Failure to Appear Advised |
| X | Discovery Order electronically filed |
|  | First Appearance of Defendant |
|  | Other Matters: |